# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO.: 5:03CV76

| | |
|---|---|
| JOYCE A. WHEELING, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| JOANNE B. BARNHART, ) | |
| COMMISSIONER OF SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court on Plaintiff's "Petition for Attorney's Fees and Costs," filed September 26, 2005. On October 7, 2005, Defendant filed a "Response to Plaintiff's Application for Attorney Fees Pursuant to 28 U.S.C. § 2412(3)," to which Plaintiff did not file a Reply.

Plaintiff filed her Complaint in this matter on May 23, 2003, pursuant to 42 U.S.C. § 405(g), appealing the decision of the Commissioner of Social Security in which the Commissioner found that Plaintiff was not entitled to a period of disability or to disability insurance benefits under the provisions of the Social Security Act, as amended. On July 23, 2003, Defendant filed Motion for Entry of Remand Pursuant to Sentence Six of 42 U.S.C. § 405(g), which this Court granted on August 26, 2003. Subsequently, on August 18, 2005, Defendant advised the Court that the Commissioner issued a decision fully favorable to Plaintiff and requested that the Court enter final judgment. Final judgment affirming the Commissioner's decision was entered by the Court on August 23, 2005.

1

Plaintiff now asks the Court, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), to award attorney's fees and costs incurred as a result of this litigation. In support of her Motion, Plaintiff attaches time summary sheets and an Affidavit of Walter B. Patterson, counsel for Plaintiff, advising the Court that the time reflected on the summary sheets reflects the services rendered to Plaintiff in connection with this case. Plaintiff's attorney asks to be reimbursed at a rate of $125 per hour for the 22.5 hours spent on this matter, as well as $45 for his travel expenses, and requests that Plaintiff receive her $150 filing fee, for a total of $3,007.50.

In Response, Defendant does not oppose Plaintiff's petition in the amount of $3,007.50, provided that this is the only petition filed by Plaintiff in this matter under 28 U.S.C. § 2412(d).

For good cause shown and with consent of Defendant, the Court will <u>grant</u> Plaintiff's petition, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Petition for Attorney's Fees and Costs" is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that counsel for Plaintiff shall be paid the sum of $2,857.50 for his fees and expenses, and Plaintiff shall receive her costs in the amount of $150.00, for a total amount of $3,007.50.

**IT IS FURTHER ORDERED** that Plaintiff may not file another petition in this matter under 28 U.S.C. § 2412(d).

The Clerk is directed to send copies of this Order to counsel for Plaintiff and to the Assistant United States Attorney.

**Signed: December 13, 2005**

Richard L. Voorhees
United States District Judge